UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| BRAYON WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 2:24CV84 JSD |
| ) | |
| FRANK J. BISIGNANO, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on its review of the record. On November 4, 2024, Pro Se Plaintiff Brayon Williams filed a Complaint for Judicial Review of Decision of the Commissioner of Social Security (ECF No. 1). On March 4, 2025, Defendant filed a Motion to Dismiss (ECF No. 12). Despite intermittent communications received from Plaintiff, the Court had several instances when mail to Plaintiff has been undeliverable. *See*, *e.g.*, ECF Nos. 17, 18. Most recently, mail was returned as undeliverable on June 12, 2025 (ECF No. 24) and June 23, 2025 (ECF No. 25).[1] A forwarding address was not provided, so the mail was not resent. Since those dates, the Court has not received any communication from Plaintiff, including no forwarding address or notification of change of address.

Local Rule 2.06(B) provides: "Every self-represented party shall promptly notify the Clerk and all other parties to the proceedings of any change in his or her address and telephone number. If any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without

---

[1] Notably, Plaintiff listed his address as "Homeless, Hannibal, MISSOURI 63401" on the Civil Cover Sheet (ECF No. 19-1), which was filed as part of his stricken "Civil Complaint" (ECF No. 19).

prejudice." E.D.Mo. L.R. 2.06(B). Given that more than thirty days have elapsed since the Court received returned mail addressed to Plaintiff and he has not provided a forwarding address, the Court hereby dismisses this action without prejudice. *See also Payne v. Kennett, City of*, No. 1:20-CV-00140-NCC, 2020 WL 6684417, at *1 (E.D. Mo. Nov. 12, 2020) (dismissal without prejudice under similar circumstances).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. *See* E.D. Mo. L.R. 2.06(B). A separate order of dismissal will be entered herewith.

**IT IS FURTHER ORDERED** that an appeal from this dismissal would not be taken in good faith.

_____
JOSEPH DUEKER
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of July, 2025.